NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


LEWIS D. HANCHELL,                          )
                                            )
          Appellant,                        )
                                            )
v.                                          )          Case No. 2D17-4831
                                            )
TRUST MORTGAGE, LLC,                        )
                                            )
          Appellee.                         )
_____)

Opinion filed June 27, 2018.

Appeal from the Circuit Court for
Hillsborough County; Paul L. Huey,
Judge.

Lewis D. Hanchell, pro se.

Michael Steven Spoliansky, Miami, for
Appellee.


PER CURIAM.


          Affirmed.  See Fla. R. App. P. 9.315(a).


SILBERMAN, KELLY, and MORRIS, JJ., Concur.